Court of Appeals and for a stay granted. [See 254 App. Div. 496.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of ALICE V. CONKLIN and Others against THE BOARD OF CHILD WELFARE OF THE CITY OF NEW YORK and Others. IDA J. AMANN and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 254 App. Div. 837. See, also, *ante,* p. 758.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

IDA LEVIN v. THE CITY OF NEW YORK. THE NEW YORK CENTRAL RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Dore and Callahan, JJ.

EMANUEL GOODMAN and Another v. IRVING BISHOP, as Executor, etc., of SIGMOND BISHOP.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

## (October 14, 1938.)

WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, Respondent, v. PEARL ADLER and Others, Defendants, Impleaded with ROY E. TILLES, Appellant. WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, Respondent, v. PEARL ADLER and Others, Defendants, Impleaded with SOLON E. SUMMERFIELD, Appellant.— Judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.; Glennon, J., dissents and votes to reverse.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CUNARD WHITE STAR, LIMITED, Appellant.— Judgments unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.

THE LAWRENCE-SMITH SCHOOL, INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ. [166 Misc. 856.]

RALPH BUONICORE, Respondent, v. EUGENE REICHERT, Also Known as EUGENE REICHELT, Party Intended Residing at No. 1117 Findlay Avenue, Bronx, N. Y., Defendant, Impleaded with HARRY SCHULTZE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.

JOHN T. MULLANE, Respondent, v. WILLIAM A. CARROLL, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.; Callahan, J., taking no part.

GEORGE YUNG, Appellant, v. SAMUEL RUBIN & SON, INC., Defendant, Impleaded with CHARLES GREENBERG and DAVID GREENBERG, Doing Business under the Firm Name and Style of COMMUNITY GARAGE, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.

LOUISE N. SHAW and HARRY J. MOORE, Appellants, v. THE CITY OF NEW YORK, Respondent, Impleaded with Another, Defendant.— Judgment unani-